UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:                                                                     Chapter 7 Case

YSF Holdings LLC,                                                Case No. 23-43680

                                         Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, I electronically filed the *Notice of Presentment of Trustee's Motion for an Order Authorizing and Approving Stipulation of Settlement by and Between the Trustee and KAM Way Lodge & Travel Inc.,* together with supporting *Motion* with the Court using the CM/ECF System, which sent notification of such filing to the following individuals:

Victor M. Feraru – victor@vicslaw.com
Debra Kramer -trustee@kramerpllc.com
Kasey T. Mahoney, Esq. – kmahoney@grsm.com
Office of the United States Trustees- USTPRegion02.BR.ECF@usdoj.gov
Benjamin B. Xue- benjaminbxue@aol.com

And I hereby certify that I caused to be mailed, via first class mail using the United States Postal Service in the State of New York, copies of the *Notice of Presentment* and *Motion* to the following individuals on the annexed service list.

                                                        /s/  Justin S. Krell
                                            Justin S. Krell, Esq.

18962369.v1

2

Victor M. Feraru, Esq.
Law Office of Victor Feraru
*Attorneys for Debtor*
57 W. 57th Street, Suite 407
New York, NY 10019

Debra Kramer, Esq.
Debra Kramer, PLLC
*Chapter 7 Trustee*
10 Gingerbread Lane
East Hampton, NY 11937

Office of the United States Trustee
Eastern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408

Benjamin B. Xue, Esq.
1 School Street, Suite 303A
Glen Cove, NY 11542

2

18962369.v1