UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:                                                    Chapter 7 Case

YSF Holdings LLC,                                         Case No. 23-43680

                                    Debtor.

### CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, I electronically filed the *Notice of Presentment of Trustee's Motion for an Order Authorizing and Approving Stipulation of Settlement by and Between the Trustee and KAM Way Lodge & Travel Inc.,* together with supporting *Motion* with the Court using the CM/ECF System.

And I hereby certify that I caused to be mailed, via first class mail using the United States Postal Service in the State of New York, copies of the *Notice of Presentment* to the individuals on the annexed service list.


                                        /s/  Justin S. Krell
                                    Justin S. Krell, Esq.

18962454.v1

Celtic Bank Corporation
c/o David Canas
4031 Aspen Grove Drive
Suite 290
Franklin, TN 37067-2951

YSF Holdings LLC
43-36 77th Street
Elmhurst, NY 11373

A & A Express Inc.
35-43 88th Street, 2nd Floor
Elmhurst, NY 11372-5663

Celtic Bank
268 South State Street, Suite 300
Salt Lake City, UT 84111-5314

Five Stars Realty Estate Inc.
35-43 88th Street, 2nd Floor
Elmhurst, NY 11372-5663

Jun Hong Zhang
1 School Street, Suite 303a
Glen Cove, NY 11542-2529

Kamway Lodge
40-36 77th Street
Elmhurst, NY 11373-1151

New York State Department of Taxation &
Finance - Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green - Room 510
New York, NY 10004-1415

Shan Yun Lin
1 School Street, Suite 303A
Glen Cove, NY 11542-2529

Shin Lung Zheng
1 School Street, Suite 303A
Glen Cove, NY 11542-2529

Z & Z Express Inc.
35-43 88th Street, 2nd Floor
Jackson Heights, NY 11372-5663

Zi Kuo Zhang
1 School Street, Suite 303A
Glen Cove, NY 11542-2529

c/o Xue & Associates, PC
1 School Street, Suite 303A
Glen Cove, NY 11542-2529

Debra Kramer
Debra Kamer PLLC
10 Gingerbread Lane
East Hampton, NY 11937-2422

Victor M. Feraru
Law Office of Victor Feraru
57 W. 57th Street
Fourth Floor
Suite 407
New York, NY 10019-2802

MYC & Associates Inc.
1110 South Avenue, Suite 22
Staten Island, NY 10314-3403

2

18962454.v1