**BOND, SCHOENECK & KING, PLLC**
Justin S. Krell, Esq.
225 Old Country Road
Melville, New York 11747
Telephone: 631-761-0825
Email: jkrell@bsk.com

*Attorneys for Debra Kramer, Esq.,*
*the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| YSF Holdings LLC, | Case No. 23-43680 (ess) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, **ANNA A. BLACKTON**, hereby certify that on March 3, 2025, I caused to be mailed, via first class mail using the United States Postal Service in the State of New York, to the parties on the attached service list, copies of the following:

- *ORDER(I) AUTHORIZING AND APPROVING BIDDING PROCEDURES FOR THE SALE OF THE DEBTOR'S REAL PROPERTY, (II) SCHEDULING AN AUCTION AND HEARING TO CONSIDER CONFIRMATION OF THE AUCTION RESULTS, (III) APPROVING THE FORM AND MANNER OF NOTICE OF AUCTION AND RELATED PROCEDURES, (IV) APPROVING THE STALKING HORSE TERMS AND CONDITIONS OF SALE, AND (V) GRANTING RELATED RELEIF, together with all Exhibits attached thereto.*

**SEE ATTACHED SERVICE LIST**:

*/s/Anna A. Blackton*
Anna A. Blackton

Five Stars Realty Estate Inc.
35-43 88th Street, 2nd Floor
Elmhurst, NY 11372-5663

Celtic Bank Corporation
4031 Aspen Grove Drive
Suite 290
Franklin, TN 37067-2951

YSF Holdings LLC
43-36 77th Street
Elmhurst, NY 11373

A&A Express Inc.
35-43 88th Street, 2nd Floor
Elmhurst, NY 11372-5663

Celtic Bank
268 South State Street
Suite 300
Salt Lake City, UT 84111-5314

Jun Hong Zhang
1 School Street
Suite 303A
Glen Cove, NY 11542-2529

Kamway Lodge
40-36 77th Street
Elmhurst, NY 11373-1151

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, New York 10004-1415

Shan Yun Lin
1 School Street
Suite 303A
Glen Cove, NY 11542-2529

Shin Lung Zheng
1 School Street
Suite 303A
Glen Cove, NY 11542-2529

Z& Z Express Inc.
35-43 88th Street, 2nd Floor
Jackson Heights, NY 11372-5663

Zi Kuo Zhang
1 School Street
Suite 303A
Glen Cove, NY 11542-2529

Debra Kramer PLLC
Attn: Debra Kramer
10 Pantigo Road, Suite 1
East Hampton, NY 11937

Victor M. Feraru
Law office of Victor Feraru
1225 Franklin Avenue, Suite 325
Garden City, NY 11530-1691

Kasey Theresa Mahoney
Gordon Rees Scully Mansukhani, LLP
One Battery Park Plaza, Floor 28
New York, New York 10004

Lucky Star 77168 LLC
35-39 89th Street
Jackson Heights, New York 11372

Benjamin B Xue
401 Broadway
Suite 1009
New York, New York 10013

Prager Metis CPAs LLC
401 Hackensack Avenue
4th Floor
Hackensack, NJ 07601

MYC & Associates, Inc.
1110 South Avenue
Suite 22
Staten Island, NY 10314

NYC Department of Finance
345 Adams Street
Office of Legal Affairs
Brooklyn, NY 11201-3775

NYS Department of Taxation & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-0300

NYS Unemployment Insurance,
Attn: Insolvency Unit
Bldg. #12, Room 256
Albany, NY 12240-0001

Small Business Administration
U.S. Small Business Administration Office
5th Floor , Los Angeles, CA

Yuan Zheng & Associates, LLC
Yuan Zheng, Esq.
13656 39th Avenue
Suite 307
Flushing, New York 11354

c/o Xue & Associates, PC
1 School Street, Suite 303A
Glen Cove, NY 11542-2529

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

U.S. Securities & Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281-1022

United States Attorney's Office
Eastern District of New York
Attn: LI Bankruptcy Processing
610 Federal Plaza, 5th Floor
Central Islip, New York 11722

United States Attorney's Office
Eastern District of New York
Attention: Bonni Perlin, Bankruptcy Coordinator
Civil Division, Bankruptcy Processing
271-A Cadman Plaza East
Brooklyn, NY 11201-1820

New York City Department of Finance
66 John Street, 2nd Floor
New York, NY 10038

Securities & Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway – Attn: John Murray
New York, New York 10279

NYC Dept of Environmental Protection
DEP / BCS Customer Service
PO Box 739055
Elmhurst, NY 11373-9055

U.S. Dept. of Housing & Urban Development
Office of Regional Counsel for
New York/New Jersey
26 Federal Plaza, Room 3500
New York, New York 10278

U.S. Environmental Protection Agency
Office of the Regional Counsel
Region 2 – NY/Caribbean Superfund
Branch
Attn: Douglas Fischer
290 Broadway, 17th Floor
New York, New York 10007-1866

New York State Dept of Taxation & Finance
Attn: Office of Counsel
Building-9
W A Harriman Campus
Albany, New York 12227

Securities & Exchange Commission
New York Regional Office
Attn: Andrew M. Calamari, Regional Director
200 Vesey Street, Suite 400
New York, New York 10281